# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AMY R. KAPLAN,

    Plaintiff,

v.                                    No. 1:23-cv-01019-SCY-KRS

LIBERTY INSURANCE CORPORATION,

    Defendant.

## ORDER TO STAY PROCEEDINGS

THIS MATTER came before the Court on the Parties' Joint Motion for Stay of Proceedings (Doc. 5). The Court, having reviewed the Motion and being fully advised in the premises, finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Motion for Stay of Proceedings is GRANTED, and all deadlines and proceedings are stayed for ninety (90) days from the date of this order. The parties shall submit a report notifying the Court of the settlement status before expiration of the stay.

*/s/ Kevin Sweazea*

**THE HONORABLE KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Taryn M. Kaselonis*
Courtenay L. Keller
Taryn M. Kaselonis
3880 Osuna Road NE
Albuquerque, NM  87109
(505) 883-5030
ckeller@rileynmlaw.com
tkaselonis@rileynmlaw.com
*Attorneys for Liberty Mutual*


**CALLENDER BOWLIN, PLLC**

*/s/ Lawrence A. VandenBout (via email 11/20/23)*
Lawrence A. VandenBout
J. Trent Cooper
1550 Wewatta St., Floor 2
Denver, CO  80202
(303) 221-9791
lawrence@cbtrial.com
trent@cbtrial.com
*Attorneys for Plaintiff*