IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AMY R. KAPLAN,

    Plaintiff,

v.                                                                                    No. 1:23-cv-01019 SCY/KRS

LIBERTY INSURANCE CORPORATION,

    Defendant.

## ORDER EXTENDING STAY OF PROCEEDINGS

THIS MATTER is before the Court on the Parties' Joint Status Report, in which they ask the Court to extend the stay in this case for sixty (60) days while they continue to work on settlement. (Doc. 9). The Court, having reviewed the Motion and record of the case, finds the Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines and proceedings are stayed for sixty (60) days from the date of this order. The parties shall submit a report notifying the Court of the settlement status before expiration of the stay.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE